**DISMISS; Opinion Filed August 1, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00659-CV

## IN THE INTEREST OF C.W.P. AND D.W.P., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-16098**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

This is an appeal from the trial court's temporary orders in a pending suit for divorce and for orders regarding conservatorship of the children. Because an appeal from an interlocutory order can only be taken if authorized by statute, and the Texas Family Code specifically precludes an interlocutory appeal from an order for the temporary conservatorship of a child, we directed appellant to file a letter brief demonstrating our jurisdiction over the appeal. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2008); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). We directed appellant to file the brief no later than July 8, 2013. To date, however, appellant has not complied or otherwise communicated with the Court. Accordingly, with no authority granting us jurisdiction over the complained-of order, we **DISMISS** the appeal. *See* TEX. R. APP. P. 42.3(a).

130659F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.W.P. AND
D.W.P., CHILDREN

No. 05-13-00659-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-16098.
Opinion delivered by Justice Myers.
Justices Lang and Evans participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     We **ORDER** that appellee Brenda Marie Price recover her costs, if any, of this appeal from appellant Gary Wayne Price.

Judgment entered this 1st day of August, 2013.

/Lana Myers/

**LANA MYERS**
**JUSTICE**